JULIE A. DUNNE, Bar No. 160544
jdunne@littler.com
AMY TODD-GHER, Bar No. 208581
atodd-gher@littler.com
MATTHEW B. RILEY, Bar No. 257643
mriley@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile:  619.232.4302

Attorneys for Defendant
MARSHALLS OF CA, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN CATHERYN PAULINO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 19-cv-00099-CAB-AGS<br><br>**DECLARATION OF JOHN BANAS IN SUPPORT OF DEFENDANT MARSHALLS OF CA, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:   March 5, 2019<br>Judge: Hon. Cathy Ann Bencivengo<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>Complaint Filed: November 16, 2018 |

LITTLER MENDELSON, P.C.
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DECLARATION OF JOHN BANAS IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

Case No. 19-cv-00099-CAB-AGS

1  I, John Banas, hereby declare and state:

2  1. I am currently the Chief Executive Officer ("CEO") of Mark Business Intelligence Systems LLC ("Mark Business"), a company that designs and develops compliance and risk management solutions, including the "ComplianceManager" platform, which provides companies the ability to audit and control policy distribution and management. I am over 18 years of age and have personal knowledge of the facts set forth below, or knowledge based upon review of corporate records maintained in the regular course of the company's business. If called and sworn as a witness, I could and would competently testify thereto.

2. In January 2014, The TJX Companies, Inc. ("TJX") purchased a ComplianceManager policy management system (the "Policy Management System"). This system was implemented to streamline and record employee communications related to corporate policies, specifically TJX's "Your Voice Your Choice" program. The "Your Voice Your Choice" program included an arbitration agreement (the "Arbitration Agreement"), which was being rolled out to all TJX employees, as well as all employees of TJX's subsidiaries (also referred to as "Associates"), including without limitation all non-exempt employees of Marshalls working in California.

3. The Policy Management System records are kept in the regular course of business by Mark Business as part of the ComplianceManager software. I am familiar with, and have access to, all of the records maintained in the Policy Management System as part of my regular duties as CEO of Mark Business. These records identify every Marshalls employee who opted out of the Arbitration Agreement by either using the website or U.S. mail.

4. Based on my review of these records, kept and maintained in the normal course of business operations: (a) Joan Paulino submitted a signed Associate Acknowledgement Form, dated January 23, 2014, a true and correct copy of which is attached hereto as **Exhibit A**, stating that "This is to acknowledge that I, Joan Paulino, have received a copy of the 'Your Voice. Your Choice.' Associate Packet"; and (b) Ms.

LITTLER MENDELSON, P.C.
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DECLARATION OF JOHN BANAS IN
SUPPORT OF DEFENDANT'S MOTION TO
STRIKE CLASS ALLEGATIONS

2

Case No. 19-cv-00099-CAB-AGS

1  Paulino submitted a written statement opting out of the Arbitration Agreement via U.S. mail on March 9, 2014, a true and correct copy of which is attached hereto as **Exhibit B**.

4  5. On January 15, 2019, Marshalls provided me with a list of 598 putative class members in the *Paulino v. Marshalls* action. After reviewing all relevant opt-in and opt-out records pertaining to the putative class, which were kept and maintained in the regular course of Mark Business' business operations as detailed above, I can confirm that 420 (or 70.2%) of the putative class members did not opt out of the Arbitration Agreement. In addition, I can confirm that 178 (or 29.8%) of the putative class members, including Ms. Paulino, did opt out of the Arbitration Agreement.

I declare under the penalty of perjury under the laws of the United States, Arizona, and California that the foregoing is true and correct.

Executed this 28th day of January, 2019, at Scottsdale, Arizona.

_John Banas_
John Banas

FIRMWIDE:161739989.5 053070.1253

LITTLER MENDELSON, P.C.
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DECLARATION OF JOHN BANAS IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

3

Case No. 19-cv-00099-CAB-AGS

Paulino v. Marshalls of CA, LLC
19-cv-00099-CAB-AGS

DECLARATION OF JOHN BANAS

## Index of Exhibits

| EXHIBIT | DOCUMENT | PAGE(S) |
|---|---|---|
| A | Associate Acknowledgment Form dated 1.23.14 | 5-6 |
| B | Paulino's written statement dated 3.9.14 opting out of the Arbitration Agreement | 7-8 |

# EXHIBIT A



# ASSOCIATE ACKNOWLEDGMENT FORM

This is to acknowledge that I, Joan Paulino have received a copy of the "Your Voice. Your Choice." Associate Packet.

Signature _Joan Kathryn Paulino_

Print Name _JOAN KATHRYN Paulino_

Date _1/23/14_

AIN #990585950
Joan Paulino
1505 Sea Cliff Way
Oceanside, California 92056

990585950001



**A Company Of Choice**

TJX THE TJX COMPANIES INC.   T·J·maxx   Marshalls.   HomeGoods   marmaxx   SIERRA TRADING POST

Wave 4 = January 22nd     MAIL 11964     SEQ 008813



Exhibit A
Page 6

# EXHIBIT B

March 9, 2014

Joan K. Paulino

[redacted]

TJX Companies
PO Box 4714
Woburn, MA  01888-9962

Joan Kathryn Paulino declines participation in
The Arbitraton Agreement.
AIN # 990585950

Sincerely,

*[signature: Joan K. Paulino]*

Joan K. Paulino
Marshalls store 0481
4209 Genessee Avenue
San Diego, CA  92117

*[stamp: RECEIVED MAR 14 2014 By___]*